COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MATTHEW FLOREZ AND LEXUS BROWN, | § | No. 08-19-00302-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 143rd District Court |
| | § | |
| PASCUAL Q. OLIBAS, | | of Reeves County, Texas |
| | § | |
| Appellee. | § | (TC# 19-07-23056-CVR ) |

## O R D E R

Appellants have filed a motion requesting additional time to conduct a mediation. Appellants have also requested permission to conduct mediation via videoconference. Appellee has indicated there is no objection to this arrangement.

As such, the motion is granted. This appeal is ABATED UNTIL NOVEMBER 2, 2020, to provide the parties with the opportunity to mediate. Per the request of the parties, mediation will take place over videoconference. The parties are directed to keep the Court informed in the event the parties are able to come to an agreement.

IT IS SO ORDERED this 21st day of September, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.